**Roger W. LAWRENCE and Elizabeth Lawrence, Appellants,**

v.

**LEISURE LAKE ASSOCIATION, INC., Respondent.**

**WD 77284**

Missouri Court of Appeals, Western District.

ORDER FILED: December 23, 2014

John L. Young, Princeton, MO, for appellants.

Dana J. Macoubrie, Chillicothe, MO, for respondent.

Before Division Three: Karen King Mitchell, Presiding Judge, Cynthia L. Martin, Judge and Gary D. Witt, Judge

## ORDER

Per curiam:

This appeal arises from an action for damages and accounting by two homeowners against their homeowners association. After a bench trial, the court found in favor of the homeowners association. For reasons explained in a memorandum provided to the parties, we find no error and affirm the judgment. Rule 84.16(b).